UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD YASIN REZAEE,<br>A-244-547-174,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et. al.,<br><br>Respondents. | No.  1:26-cv-00746-DC-DMC (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 22) |

Petitioner, an immigration detainee who is represented by counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 15, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  To date, no objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

    1.     The findings and recommendations filed April 15, 2026, ECF No. 22, are

1

ADOPTED in full;

2. Petitioner's first amended petition for writ of habeas corpus, ECF No. 8, is GRANTED;

3. Petitioner Mohammad Yasin Rezaee, A-224-547-174, shall be RELEASED IMMEDIATELY from Respondents' custody upon the same conditions as his prior release, with his belongings. Respondents shall not impose any additional restriction on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing;

4. If Respondents seek to re-detain Petitioner, they must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter, at which Petitioner's eligibility for bond must be considered;

4. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal; and

5. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:   **April 25, 2026**   _____

Dena Coggins
United States District Judge

2